

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00249-CV

**IN THE INTEREST OF N.M.G.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01311
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

We order that no costs shall be assessed against appellant father because he is indigent.

SIGNED September 3, 2014.

Marilyn Barnard

_____

[1] The Honorable John D. Gabriel is the presiding judge of the 131st Judicial District Court of Bexar County, Texas. The termination order was signed by Associate Judge Charles E. Montemayor.